(No. 5469—)

LA SALLE EXTENSION UNIVERSITY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed June 28, 1968.*

LA SALLE EXTENSION UNIVERSITY, Claimant, pro se.

WILLIAM G. CLARK, Attorney General; MORTON L. ZASLAVSKY, Assistant Attorney General, for Respondent.

PERLIN, C.J.

Claimant, LaSalle Extension University, seeks payment in the sum of $60.00 for services and materials rendered to the Board of Vocational Education and Rehabilitation for a correspondence course for one Beatrice J. Tinsley. The parties have stipulated that, as a result of delay in billing by claimant herein, payment was not made prior to the closing of the biennium appropriation, and that the sum requested is lawfully due claimant.

Where a contract with the State has been (1) properly entered into; (2) services satisfactorily performed, and materials furnished in accordance with such contract; (3) proper charges made therefor; and, (4) adequate funds were available at the time the contract was entered into, this Court will enter an award for the amount due. *National Korectaire Company* vs. *State of Illinois*, 22 C.C.R. 302; *Gilbert-Hodgman, Inc.* vs. *State of Illinois*, 24 C.C.R. 509. It appears that all the qualifications have been met in the instant case.

Claimant is hereby awarded the sum of $60.00.